**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| FEYSAL AYATI-GHAFFARI, | § § § § | |
| *Appellant*, | | |
| v. | § § § § § § | Case No. 4:20-cv-0069-JRG-RSP |
| JP MORGAN CHASE BANK, N.A, | | |
| *Appellee*. | | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Dkt. No. 7). Plaintiff is a frequent filer of frivolous actions in this Court and fails to show an adequate basis for the filing of this action *in forma pauperis*. Accordingly, his motion is DENIED.

**SIGNED this 26th day of March, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE